IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAXIMILLIA MUGULUMA**                                                                                        **PLAINTIFF**

v.                              Case No. 4:21-cv-00361 KGB

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                                        **DEFENDANT**

## ORDER

    Before the Court is the parties' joint motion to dismiss (Dkt. No. 22). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion to dismiss motion and dismisses with prejudice this action (*Id.*).

    It is so ordered this 25th day of May, 2022.

                                                                                               _____
                                                                                               Kristine G. Baker
                                                                                               United States District Judge